1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  DANIEL R. KALEBA  (CABN 223789)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, CA 95113
       Telephone: (408) 535-5061
7      Fax:  (408) 535-5066
       E-Mail:  daniel.kaleba@usdoj.gov
8
   Attorneys for the United States of America
9
                      UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE  DIVISION
12
   UNITED STATES OF AMERICA,           )   Nos.   CR 12-00465 DLJ
13                                     )
          Plaintiff,                   )   STIPULATION AND []
14                                     )   ORDER TO CONTINUE STATUS
             v.                        )   APPEARANCE AND EXCLUDE TIME
15                                     )   FROM JANUARY 10, 2013 TO
   RAQUEL RAMIREZ,                     )   FEBRUARY 7, 2013
16                                     )
          Defendant.                   )
17  _____)

18

19      Raquel Ramirez is scheduled to appear before this Court on Thursday, January 10, 2013

20  for a further status.  The parties are in active settlement discussions, and expect the matter to

21  resolve short of trial.  The parties jointly request additional time from the Court to allow the

22  defense to review discovery, and to further work to resolve the case.  The parties request to

23  appear before this Court on February 7, 2013 at 9:00 a.m. for a further status and likely change of

24  plea.  The parties also jointly request that time be excluded under the Speedy Trial Act for

25  adequate preparation and continuity of counsel.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

26  //

27  //

28  //


STIPULATION

1  Dated: January 8, 2013                    Respectfully submitted,

2                                            MELINDA HAAG
                                             United States Attorney
3

4                                                   /s/
                                             DANIEL R. KALEBA
5                                            Assistant United States Attorney

6

7
   Dated: January 8, 2013                           /s/
8                                            JULES BONJOUR
                                             Attorney for Raquel Ramirez
9

10

11      Based upon the representation of counsel and for good cause shown, the Court grants the

12 requested continuance and finds that failing to exclude the time between January 10, 2013 and

13 February 7, 2013 would unreasonably deny the defendant continuity of counsel and would deny

14 counsel the reasonable time necessary for effective preparation, taking into account the exercise

15 of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice

16 served by excluding the time between January 10, 2013 and February 7, 2013 from computation

17 under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy

18 trial.  Therefore, IT IS HEREBY ORDERED that the time between January 10, 2013 and

19 February 7, 2013  shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §

20 3161(h)(7)(A) and (B)(iv).

21

22
            FJMFH
23 Dated: _____                     _____
                                             HON. D. LOWELL JENSEN
24                                           United States District Judge

25

26

27

28

STIPULATION                          2