1  Jules F. Bonjour, State Bar No. 38980
   BONJOUR, THORMAN, BARAY & BILLINGSLEY
2  24301 Southland Dr., Suite 312
   Hayward, CA 94545
3  Tel: (510) 785-8400
   Fax: (510) 670-0955
4  jules@btbandb.com

5  Attorneys for defendant Raquel Ramirez

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                          SAN JOSE DIVISION

10 UNITED STATES OF AMERICA,            No.:    CR 12-00465 DLJ

11          Plaintiff,                  STIPULATION AND []
                                        ORDER TO CONTINUE HEARING DATE
12                                      FROM SEPTEMBER 4, 2014 TO
                                        SEPTEMBER 25, 2014
13 vs.

14 RAQUEL RAMIREZ, et.al.,              Date:   September 4, 2014
                                        Time:   9:00 a.m.
15          Defendant.                  Court:  Hon. D. Lowell Jensen
   _____/

17        IT IS HEREBY STIPULATED by and between the United States of America through

18 Assistant United States Attorney, Daniel Kaleba, and defendant RAQUEL RAMIREZ, by and

19 through her counsel, Jules F. Bonjour, that the date presently set of September 4, 2014 at 9:00

20 a.m. for Status Conference regarding Execution of Sentence be continued to September 47, 2014

21 at ; :00 a.m.

22        The reason for the request is the co-defendant's case is currently set for a Status

23 Conference on September 11, 2014.  Defendant may be called as a witness in that case.

24 Accordingly, it would be beneficial to know when the trial date is for the co-defendants.

25        Is it the request of both U.S. Assistant Attorney, and the defense counsel that Ms.

26 Ramirez be allowed to remain out of custody until the co-defendant's case is resolved.

27 //

28 //

Stip/] Order Continue; CR 12-00465 DLJ

1 | IT IS SO STIPULATED.

2

3 | Dated:  September 2, 2014    _____/s/_____
JULES F. BONJOUR
4 | Attorney for Raquel Ramirez

5

6
Dated: September 2, 2014    _____/s/_____
7 | DAN KALEBA AUSA
Attorney for the United States
8

9

10 | [] ORDER

11 | Pursuant to stipulation of the parties and GOOD CAUSE APPEARING,

12 | IT IS HEREBY ORDERED that the hearing in this matter is continued from September

13 | 4, 2014 to September 47, 2014 at ; :00 a.m. before this Court.

14

15

16 | IT IS SO ORDERED.

17

18

19 | Dated:  J̶D̶H̶I̶    _____
HON. D. LOWELL JENSEN
20 | United States District Judge

21

22

23

24

25

26

27

28

Stip/[] Order Continue; CR 12-00465 DLJ                 2